FREDERICK G. ROBERTS v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WALTER ELFERS, an Infant, by JOHN ELFERS, His Guardian ad Litem, Impleaded, etc., v. ALBERT SPIRES and RAY A. CAUK, Impleaded with ALL STATES FREIGHT, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARGUERITE GORDON v. FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

KENNETH S. GUITERMAN v. FRANK E. TAPLIN and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHANNA MEYER, as Administratrix, etc., of ELMER MEYER, JR., Deceased, v. MICHAEL M. PLESHKOPF, Individually, Doing Business, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of Property under Trust Agreement Dated January 31, 1921, of ARTHUR RYLE, Deceased. STATE TAX COMMISSION, CENTRAL HANOVER BANK AND TRUST Co., Individually, and as Trustee, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

(June 8, 1937.)

JOSEPH CANEPA, Appellant, v. "JOHN DOE," as President, and "RICHARD ROE," as Treasurer, of SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL No. 137, and Others, Defendants, Respondents, and "JOHN DOE," as President, and "RICHARD ROE," as Treasurer, of GLASS BLOWERS LOCAL No. 21, Defendants.—Order granting motion to dismiss the complaint reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs, with leave to the defendants-respondents to answer within ten days after service of order upon payment of said costs, and the matter set down for trial within ten days after the case is at issue. No opinion. (Glennon and Cohn, JJ., dissent and vote to affirm.) Order denying plaintiff's motion for a temporary injunction unanimously affirmed. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BLAMEY STEVENS, Respondent, Appellant, v. STATE BANK OF ALBANY and GEORGE I. DAVIS, Appellants, Respondents, Impleaded with Others.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.